BEFORE THE FIRST DIVISION, JANUARY 22, 1942

**No. 46864.**—Protest 780374–G of Wm. Shaland (New York).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel whistling balloons, rubber balloons, noisemakers, and cigarette whistles, composed in part of bamboo, were held dutiable at 45 percent under paragraph 409 as claimed. Abstracts 40493 and 39509 followed.

**No. 46865.**—Protest 898345–G of M. Pressner & Co. (New York).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel the articles in question, composed in part of bamboo, were held dutiable at 45 percent under paragraph 409, as claimed, on the authority of Abstract 40493.

BEFORE THE SECOND DIVISION, JANUARY 22, 1942

**No. 46866.**—Protest 996731–G of Aoki Taiseido Book Co. (San Francisco).

Opinion by KINCHELOE, J.   In accordance with stipulation of counsel that the fashion magazines or lithographs in question are the same as those the subject of *Aoki Taiseido* v. *United States* (6 Cust. Ct. 221, C. D. 467), the claim for free entry under paragraph 1630 was sustained.

BEFORE THE FIRST DIVISION, JANUARY 23, 1942

**No. 46867.**—Protest 998508–G of Moritz Tanus (New York).

Opinion by WALKER, J.   It was stipulated that the lift vans in question are similar to those the subject of Abstract 43642.   They were therefore held to be the usual and ordinary containers of duty-free merchandise.   The protest was sustained.

**No. 46868.**—Protest 997652–G of Arthur Pohl (New York).

Opinion by WALKER, J.   In accordance with stipulation of counsel that the lift vans in question are similar to those the subject of Abstract 43642 they were held entitled to free entry as the usual containers of duty-free merchandise.

**No. 46869.**—Protest 997550–G of Elise Lotte Morgan (New York).

Opinion by WALKER, J.   In accordance with stipulation of counsel that the lift vans in question are similar to those the subject of Abstract 43642 they were held entitled to free entry as the usual containers of duty-free merchandise.